IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES TURNER,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                                12-cv-699-bbc

GARY HAMBLIN, MICHAEL MEISNER,
CHARLES COLE, CHARLES FACKTOR,
JOANNE LANE, TIM DOUMA,
DIANA KIESLING, MARK TESLIK and
LEO CAMPBELL,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Gary Hamblin, Michael Meisner, Charles Cole, Charles Facktor, Joanne Lane, Tim Douma, Diana Kiesling, Mark Teslik and Leo Campbell granting their motion for summary judgment and dismissing this case.

| /s/ | 1/21/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |