IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

****************************************************************

JAMES R. TURNER,

    Plaintiff-Appellant,

vs.                           Case No. 12-CV--699-bbc.

GARY HAMBLIN, MICHAEL MEISNER,
CHARLES COLE, CHARLES FACKTOR,
JOANNE LANE, TIME DOUMA,
DIANA KIESLING, MARK TESLIK
and LEO CAMPBELL,

    Defendant[s]-Appellee[s].

****************************************************************

### NOTICE OF APPEAL

****************************************************************

    NOTICE is hereby given that James R. Turner, Plaintiff, <u>pro se</u>, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the Final Judgment In A Civil Case (Attachment - #1), entered on January 21, 2014 regarding the January 21, 2014 "Order and Opinion" filed on January 21, 2014 Dismissing Plaintiff §1983 Lawsuit action, via the Courts Grant of Summary Judgment to the State Prison Defendant's regarding Prisoners' First Amendment, Religious Congregational Prayer Denial Issue(s), Including Disparate Impact of Regulation that was prevented from being applied to Christian Religious Sect(s), via State Official(s) Hiring of Religious Leaders to Conduct All Necessary Religious Services of such Christian Sects.

    Secondly, Denial of All Religious Land Use And Institutionalized Persons Act (RLUIPA) Claim, Regarding Requirement That Muslim

Prisoner acquire Volunteer Religious Leader Person(s) to hold weekly "Congregational Prayer" and "Jum'ah" Services or be Denied access to Weekly Required Congregational Prayer exercise opportunity.

Thirdly, District Court arbitrarily denied unskilled pro se, Prisoner litigant "Appointment Of Professional" Counsel representation, even after documentation of Hard-ball Discovery Access Tactic execution by the State Prison Official(s), and Retaliatory Cell Searches and harassment of Legal Assistance Receipt of DOC: 309.155 Wisconsin Administrative Code allowance.

Dated 20 of February, 2014.    Portage; Wisconsin.

-JRT/OBM-File.                    Respectfully Filed By;
Attachment-#1.

*James R. Turner,*                              Pro Se.
[122766-A]
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#9
Portage; Wisconsin. 53901-0900

**Materials Prepared By:**
Oscar B. McMillian #042747-A.
DOC: 309.155 Legal Assistance
Columbia Correctional Institution
Post Office Box 900 / CCI-Unit-#9
Portage; Wisconsin. 53901-0900